IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Larry Lee Downs | : | Case No. 3:99-cv-251 |
| Plaintiffs, | : | Judge Walter H. Rice |
| vs. | : | |
| Grimes Aerospace et al. | : | |
| Defendant. | : | |

## ORDER UNSEALING CASE

This Court, upon its own motion, hereby Orders the instant case be unsealed.

December 11, 2023

_____
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**